UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE FETTERMAN,

    Plaintiff,

Case No. 20-12020

v.

SHALINA D. KUMAR
U. S. DISTRICT JUDGE

PEEK, ET AL.,

    Defendants.

ELIZABETH A. STAFFORD
U. S. MAGISTRATE JUDGE

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [21] AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [17]**

On February 11, 2022, Magistrate Judge Stafford issued a Report and Recommendation ("R&R") [21] on Defendants' Motion for Summary Judgment [17]. The R&R recommends that the Court grant Defendants' motion. ECF No. 21. Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R [21] is hereby ADOPTED and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [17] is **GRANTED.**

**SO ORDERED**.

Dated: March 14, 2022

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge